IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Mack James Paul, Jr., | ) | C/A No. 3:13-2864-JFA-PJG |
|           Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| John Melton, *Sumter Police Dept's Employee and Investigating Officer in his Individual and Official capacity*, | ) | |
|           Defendant. | ) | |

      The plaintiff has filed this action, *pro se*, seeking relief pursuant to 42 U.S.C. § 1983 and . alleging violations of his constitutional rights by the named defendant. The defendant filed a motion for summary judgment on April 24, 2014, pursuant to the Federal Rules of Civil Procedure. (ECF Nos. 31 & 35.) As the plaintiff is proceeding *pro se*, the court entered an order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975) on April 24, 2014, advising the plaintiff of the importance of a motion for summary judgment and of the need for him to file an adequate response. (ECF No. 32.) The plaintiff was specifically advised that if he failed to respond adequately, the defendant's motion may be granted, thereby ending his case.

      Notwithstanding the specific warning and instructions set forth in the court's Roseboro order, the plaintiff has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action.

PJG

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether he wishes to continue with this case and to file a response to the defendant's motion for summary judgment within fourteen (14) days from the date of this order. Plaintiff is further advised that if he fails to respond, **this action will be recommended for dismissal with prejudice for failure to prosecute.** See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

June 4, 2014
Columbia, South Carolina